*324
 
 Reade,
 
 J.
 

 From the bill, as well as from the answers, it appears that the defendant Anderson had only a-bond for title to the land levied upon by the sheriff under whose sale the plaintiff purchased, and that Anderson had paid only a part of the purchase money. .
 

 It is well settled that a purchaser of land holding only a bond for title, without having paid the
 
 whole
 
 of the purchase money, has no such interest in the land as is subject to execution. The plaintiff therefore obtained no-title by his purchase.
 

 The case is not altered by his offering to pay the balance due, nor by his bringing the money into court. Having acquired no interest in the land, his offering to pay for it is no more than if he were to offer a certain price for any other tract of land and then file a bill to obtain a title.
 

 The bill must be dismissed, with costs.
 

 Per Curiax
 

 Decree accordingly.